IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


JOYCE ACKERMAN, et al.,

                Plaintiffs,                            :

                                     :

        vs.                                                        Case No. 3:00cv277
                                               3:04cv033
                                     :

FORTIS BENEFITS INSURANCE CO.,              JUDGE WALTER HERBERT RICE

                                   :

                Defendant.

---

DECISION AND ENTRY ADOPTING REPORTS AND RECOMMENDATIONS
(DOC. #129 IN CASE NO. 3:00cv277; DOC. #75 IN CASE NO.
3:04cv033) DENYING MOTION FOR LEAVE TO APPEAL *IN FORMA
PAUPERIS*; OBJECTIONS TO SAID JUDICIAL FILINGS (DOC. #130 IN
CASE NO. 3:00cv277; DOC. #76 IN CASE NO. 3:04cv033) OVERRULED

---

Pursuant to the reasoning and citations set forth by the United States

Magistrate Judge in his Reports and Recommendations (Doc. #129 in Case No.

3:00cv277; Doc. #75 in Case No. 3:04cv033), as well as upon a thorough review

of the procedural history in the captioned causes, said Reports and

Recommendations are adopted in their entirety.  Plaintiffs' Objections to said

judicial filings (Doc. #130 in Case No. 3:00cv277; Doc. #76 in Case No.

3:04cv033) are overruled.  This Court certifies to the Sixth Circuit Court of

Appeals that Plaintiffs' appeals would be objectively, albeit not subjectively,

frivolous and not taken in good faith.


/s/ Walter Herbert Rice

September 30, 2008
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE


Copies to:

Joyce Ackerman, Pro Se
Gregory Ackerman, Pro Se
Jack Howard Ackerman, Pro Se
Michael J. Newman, Esq.
Michael W. Hawkins, Esq.